UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRIFECTA CONSULTING, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 3:12-1049 ) Judge Nixon/Bryant |
| HELAN BACK, LLC, | ) ) |
| Defendant. | ) |

### O R D E R

Plaintiffs have filed a notice of voluntary dismissal of their case (Docket Entry No. 10). The initial case management conference previously scheduled for December 11, 2012, at 9:30 a.m. is CANCELED. The Clerk is directed to return the file to Senior Judge Nixon for his consideration of the notice of dismissal.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge