IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRIFECTA CONSULTING, LLC,<br>a Florida Limited Liability Company,<br>and CHRISTOPHER SEHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>HELAN BACK, LLC,<br>a Tennessee Limited Liability Company,<br><br>Defendant. | Civil Action No. 3:12-cv-01049<br>Judge Nixon |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Come now the Plaintiffs, Trifecta Consulting, LLC and Christopher Sehman, through counsel, and give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that they hereby dismiss this action without prejudice.

Respectfully submitted,

So Ordered.

/s/ Jonathan D. Rose
Russell B. Morgan (No. 20218)
Jonathan D. Rose (No. 20967)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 244-2582
rmorgan@babc.com
jrose@babc.com

*Attorneys for Plaintiffs*